UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLAND BRION COLES,

        Plaintiff,                No. 13-CV-14450

vs.                                  Hon. Gerald E. Rosen

DEARBORN MID-WEST CO., et al.,

        Defendant.
_____/

ORDER OVERRULING PLAINTIFF'S OBJECTIONS FILED ON SEPTEMBER 29
AND DECEMBER 24, 2014 AND AFFIRMING MAGISTRATE JUDGE'S ORDERS

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on January 13, 2015

        PRESENT:   Honorable Gerald E. Rosen
                             United States District Chief Judge

     This matter is presently before the Court on two orders entered in this case by the Magistrate Judge: (1) a September 17, 2014 Order [Dkt. # 86] which (a) granted, in part, and denied, in part, a motion to compel filed by the Defendants on June 13, 2014; (b) granted the Defendants' June 27, 2014 motion to quash subpoena and denied Plaintiff's request to reopen discovery and extend the discovery deadline; and (c) denied the Plaintiff's motion to amend his complaint; and (2) a December 15, 2014 Order [Dkt. # 94] denying Plaintiff's motion for leave to file an amended response to the Defendants' motion for summary judgment and granting the Defendants' motion to strike the Plaintiff's motion for a directed verdict. Plaintiff filed objections and appeals of the

Magistrate Judge's Orders on September 29 and December 24, 2014, respectively.

In order to overturn a Magistrate Judge's ruling on a non-dispositive pretrial order, it must be shown that the Magistrate Judge's order is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Having reviewed and considered the Magistrate Judge's Orders and Plaintiff's Objections, the Court finds that Plaintiff has failed to make this showing.

Because the Magistrate Judge's rulings were not clearly erroneous or contrary to law,

IT IS HEREBY ORDERED that Plaintiffs' "Objection # 15" **[Dkt. # 89]** and his "Objections to and Appeal of Dkt. 94" **[Dkt. # 95]** are overruled and the Magistrate Judge's Orders **[Dkt. Nos. 86 and 94]** are hereby AFFIRMED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: January 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2015, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135